IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAVID BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:19-cv-163 |
| | ) |
| CAPITAL ONE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant Capital One Bank (USA), N.A., incorrectly sued as "Capital One" ("Capital One"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files its notice of removal for the above-entitled action, which is currently pending in the Vanderburgh Superior Court, Small Claims Division (Case No. 82D05-1907-SC-004273), and states as follows:

**Background**

1. On or about July 2, 2019, Plaintiff David Bennett ("Plaintiff") commenced an action in the in the Vanderburgh Superior Court, Small Claims Division, Case No. 82D05-1907-SC-004273, entitled *David Bennett v. Capital One* ("State Court Action"), alleging a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, et seq. A copy of the Statement of Claim is attached as Exhibit A.

2. Copies of all documents filed in the State Court Action to date as well as a copy of the docket sheet in the State Court Action (collectively, the "State Court Record") are attached hereto in chronological order as Exhibit B. See 28 U.S.C. § 1446(a); S.D. Ind. L. R. 81-2(a).

3. A completed Civil Cover Sheet is attached hereto as <u>Exhibit C.</u>

## **Removal Jurisdiction**

4. This action is properly removable under 28 U.S.C. § 1441 because this Court has original jurisdiction of this case under 28 U.S.C. § 1331, which provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. Specifically, Plaintiff alleges that he has a claim against Capital One for an "FDCPA violation" and purports to, but did not, attach any additional documents in support of this claim.

6. Accordingly, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to Section 1331, and removal is appropriate pursuant to Sections 1441 and 1446.

7. Removal to this Court is proper as the United States District Court for the Southern District of Indiana embraces the Vanderburgh Superior Court, Small Claims Division, where the state court action was filed. 28 U.S.C. § 1441(a).

## **Timeliness of Removal**

8. Capital One received notice of this action through service of the Summons and Statement of Claim on or about July 12, 2019. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b), as the time provided by rule has not yet expired.

**Notice to State Court**

9. Pursuant to 28 U.S.C. § 1446(d), Capital One is promptly providing written notice of its removal to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court for the State of Indiana at Vanderburgh County.

WHEREFORE, Defendant Capital One respectfully requests that the above-entitled action be removed from the Vanderburgh Superior Court for the State of Indiana to this Court.

> Respectfully submitted,
>
> CAPITAL ONE BANK (USA), N.A.
>
> */s/ Anna-Katrina S. Christakis*

Anna-Katrina S. Christakis, IN Bar No.: 33671-45
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Phone: (312) 939-0920
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com

*Attorney for Defendant Capital One Bank (USA), N.A.*

**CERTIFICATE OF SERVICE**

      Anna-Katrina S. Christakis, an attorney, certifies that on August 12, 2019, she electronically filed the foregoing **Notice of Removal** with the Clerk of the Court using the CM/ECF system and deposited a copy the same in the U.S. Mail, proper postage prepaid, to the individual listed below:

David Bennett (*pro se*)
2400 Lincoln Ave
Evansville, Indiana 47714

                                              /s/ Anna-Katrina S. Christakis